**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-12333-JLS-AJRx                    Date: February 02, 2026
Title:  Carla Andrea Flowers v. Dollar Tree Stores, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Kelly Davis  |  N/A  |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                      Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING THIS ACTION TO STATE COURT**

On January 20, 2026, the Court issued an Order to Show Cause Why This Action Should Not Be Remanded to State Court.  (OSC, Doc. 11.)  The OSC stated that Defendant Family Dollar, LLC had failed to establish diversity jurisdiction because it failed to provide sufficient information going to the citizenship of its member, Family Dollar Stores Holdings, LLC.  (*Id.* at 1–2.)  Moreover, the Court specifically apprised Defendant that the Ninth Circuit has held that an LLC "is a citizen of every state of which its owners/members are citizens." *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Defendant filed a response on January 27, 2026. (Response to OSC, Doc. 12.)  However, Defendant's response still fails to identify the "owners/members" of Family Dollar Stores Holdings, LLC.  The Court cannot determine the citizenship of Family Dollar Stores Holdings, LLC, and therefore cannot determine the citizenship of Defendant.

Because, despite being given notice and an opportunity to cure the deficiency, Defendant has not met its burden to establish this Court's diversity jurisdiction, this action is REMANDED to the Superior Court of California for the County of Los Angeles, Case No. 25STCV28730.

---

**CIVIL MINUTES – GENERAL**                                            1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-12333-JLS-AJR                                    Date: February 02, 2026

Title:  Carla Andrea Flowers v. Dollar Tree Stores, Inc. et al

Initials of Deputy Clerk: kd